# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mota, Raul | Docket No. | 0980 2:22CR00073-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Megan Rasmussen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Raul Mota, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 15th day November of 2022, under the following conditions:

**Standard Condition #9:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Raul Mota is alleged to be in violation of his pretrial release conditions by having used cocaine on or about November 4, 2022.

On August 19, 2022, the conditions of pretrial release supervision were reviewed with Mr. Mota. He verbally acknowledged an understanding of his conditions, which included standard condition number 9, as noted above. Mr. Mota was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing.

On November 8, 2022, Mr. Mota reported to the office after missing his scheduled drug test from the color line on November 7, 2022. Mr. Mota's drug test results were presumptive positive for cocaine. When questioned, Mr. Mota admitted to the undersigned officer that he had used cocaine on or about November 4, 2022. The sample was sent to the lab for confirmation; however, the sample came back negative.

It is respectfully recommended the Court order no action as Mr. Mota's noncompliance is substance abuse related, he admitted the violation and continues to be engaged in treatment through Merit. This officer has increased his monthly random drug tests through the color line program.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   November 15, 2022 |
| by | s/Megan Rasmussen |
|  | Megan Rasmussen<br>U.S. Pretrial Services Officer |

PS-8

Re: Mota, Raul
November 15, 2022
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

11/18/2022
_____
Date